UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL HERCULA, *et al.*,

Plaintiffs,

Civil No. 26-cv-12524
Hon. Matthew F. Leitman

v.

TAYLOR FRESH FOODS, INC., *et al.*,

Defendants.
_____________________________________/

**ORDER STAYING FILINGS UNTIL FURTHER ORDER OF THE COURT**

In this action, Plaintiffs allege that they were exposed to the Cyclospora parasite after consuming lettuce supplied and distributed by Defendant Taylor Fresh Foods, Inc. and sold at Taco Bell restaurants. (*See generally* Compl., ECF No. 1.) This is one of many such cases filed both in this Court and across the country. Until further order of the Court, there shall be no additional filings in this case other than appearances for the parties.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 3, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 3, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126